**NOT FOR PUBLICATION**

```
        IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
             DIVISION OF ST. THOMAS AND ST. JOHN
```

|  |  |
|---|---|
| UNITED STATES OF AMERICA,         ) | |
|                                   ) | |
|            Plaintiff,             ) | |
|                                   ) | Criminal No. 2008-39 |
|            v.                     ) | |
|                                   ) | |
| ROBIXY LOWELL SUTTON,             ) | |
|                                   ) | |
|            Defendants.            ) | |
| _____ ) | |

**ATTORNEYS:**

**Nolan Paige, AUSA**
St. Thomas, U.S.V.I.
    *For the plaintiff,*

**Jesse A. Gessin, AFPD**
St. Thomas, U.S.V.I.
    *For the defendant.*

<u>ORDER</u>

**GÓMEZ, C.J.**

   Pursuant to the Report and Recommendation of the United States Magistrate, to which there has been no timely objection, it is hereby

   **ORDERED** that the plea of guilty of the defendant Robixy Lowell Sutton ("Sutton") to Count One of the indictment, charging possession with intent to distribute a controlled substance, and to Count Three of the indictment, charging structuring monetary transactions, is **ACCEPTED**; and it is further

*United States v. Sutton*
Criminal No. 2008-39
Order
Page 2

**ORDERED** that Sutton is adjudged guilty of the offenses charged in Counts One and Three of the indictment.

```
                                S_____
                                   Curtis V. Gómez
                                    Chief Judge
```